UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

JEANINE LEE PETERSON,
MARGARET JEAN STEBBINS, and
AMANDA LYNN PETERSON
as Parent and Next Friend of A.H.,

    Plaintiffs.

vs.

AHMED MOHAMED OSMAN,
SHAKTA TRANSPORTATION LLC, and
UNITED PARCEL SERVICE, INC.,

    Defendant.

CAUSE NO. 1:23-CV-01029-DHU-JMR

## AMENDED JOINT PETITION FOR APPROVAL OF MINOR'S SETTLEMENT

    COME NOW Defendant, Shakta Transportation, LLC., by and through its attorneys of record, JONES, SKELTON & HOCHULI (Christie Geter), and Plaintiff, Amanda Lynn Peterson, as Parent and Next Friend of A.H., by and through their attorneys of record, SINGLETON SHREIBER (Michael Duran), (hereinafter jointly referred to as "the parties"), and hereby petitions the Court for approval of minor settlement. As grounds for this Petition, the parties' states as follows:

    1.    Plaintiff has brought this action for damages on behalf of her minor son, A.H., stemming from the June 30, 2021 incident as alleged in the Complaint for Personal Injury. **[Doc. 1, Ex. A. pp 8–15]**.

    2.    The parties have agreed to a full and final settlement of all claims that A.H. has or could have raised regarding this incident of June 30, 2021.

119265749.1

3. The parties participated in the Court ordered Settlement Conference on November 6, 2024. **[Doc. 40]**.

4. After additional review by all parties and the guardian ad litem (appointed December 9, 2024 **[Doc. 46]**), the parties reached a final settlement on November 20, 2025.

5. The settlement is in the best interests of the minor child, A.H.

6. It is in the best interests of all concerned to approve the settlement proposed as fully set out in the Release.

Respectfully submitted,

*/s/ Christie Geter*
Christie Geter
Jones, Skelton & Hochuli
8220 San Pedro Dr., NE #420
Albuquerque, New Mexico 87113
Telephone: (505) 339-3507
cgeter@jshfirm.com
*Attorneys for Defendant*

*/s/ Approved via email  12/1/2025*
Michael Duran
Singleton Schreiber
6501 Americas Parkway NE #670
Albuquerque, NM 87110
(505) 336-2098
mduran@singletonschreiber.com
Attorney for Plaintiffs

*/s/ Approved via email  12/1/2025*
Alysan Boothe Collins
P. O. Box 506
Albuquerque, NM 87103-0506
(505) 242-5958
alysan@collinsattorneys.com
Guardian ad Litem

119265749.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 1, 2025, I filed the foregoing pleading electronically through the CM/ECF system which caused all parties or counsel to be served by electronic means.


/s/ *Christie Geter*
Christie Geter

119265749.1